UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STELLA VARGAS, | ) | Case No.: 1:11-cv-02085 - JLT |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (Doc. 11) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| Defendant. | ) ) | |

The parties have stipulated by counsel to extend the period of time for Defendant to file an answer and lodge the certified administrative record. (Doc. 11). The Scheduling Order allows a single thirty-day extension by stipulation (Doc. 7-1 at 4), and this is the first extension requested by the parties.

Accordingly, **IT IS HEREBY ORDERED**: Defendant is granted an extension of time until **May 23, 2012**, to file an answer and lodge the certified administrative record.

IT IS SO ORDERED.

Dated:   **April 24, 2012**                            **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE

1