**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STELLA VARGAS,<br><br>           Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Case No.: 1:11-cv-02085 - JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 11) |

The parties have stipulated by counsel to extend the period of time for Defendant to file an answer and lodge the certified administrative record. (Doc. 11). The Scheduling Order allows a single thirty-day extension by stipulation (Doc. 7-1 at 4), and this is the first extension requested by the parties.

Accordingly, **IT IS HEREBY ORDERED**: Defendant is granted an extension of time until **May 23, 2012**, to file an answer and lodge the certified administrative record.

IT IS SO ORDERED.

Dated: __**April 24, 2012**__                          __/s/ Jennifer L. Thurston__
                                                                   UNITED STATES MAGISTRATE JUDGE

1